# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

MATTHEW WISHENGRAD,

      **Plaintiff,**

v.                                    Case No:   6:16-cv-405-Orl-22KRS

PINEAPPLE POINT OF COCOA
BEACH, INC. and MICHAEL
HARDICK,

      **Defendants.**

## ORDER

This cause is before the Court on the Joint Motion for Approval of Settlement (Doc. No. 26) filed on March 31, 2017.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.    The Report and Recommendation filed April 28, 2017 (Doc. No. 27), is ADOPTED and CONFIRMED and made a part of this Order.

2.    The Joint Motion for Approval of Settlement is hereby GRANTED in part.

3.    The second sentence of paragraph 16 of the Settlement Agreement and Release of Claims is hereby SEVERED.

4.    The Court finds that parties' Settlement Agreement and Release of Claims is a fair and reasonable resolution of a bona fide dispute under the FLSA.

5. This case is DISMISSED with prejudice,

6. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Orlando, Florida on May 15, 2017.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties